Elmer DENHAM, Movant, v. COMMONWEALTH of Kentucky, Opposed.

## Court of Appeals of Kentucky.

Oct. 9, 1945.

Sylvester V. Little for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Daisy TAMER, Movant, v. H. H. HUTCHESON, Opposed.

## Court of Appeals of Kentucky.

Oct. 30, 1945.

Robert J. Watson for movant.

H. F. White opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

W. P. HARDIN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

## Court of Appeals of Kentucky.

Nov. 9, 1945.

Sylvester V. Little for movant.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, opposed.

PER CURIAM.

Motion denied. Judgment affirmed.